A CERTIFIED TRUE COPY
ATTEST

By Tarrell L. Littleton on Aug 05, 2010

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

Jul 21, 2010

FILED
CLERK'S OFFICE

IN RE: YASMIN AND YAZ (DROSPIRENONE)
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

MDL No. 2100

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO-29)**

FILED
AUG - 5 2010
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

On October 1, 2009, the Panel transferred 32 civil actions to the United States District Court for the Southern District of Illinois for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See 655 F.Supp.2d 1343 (J.P.M.L. 2009). Since that time, 505 additional actions have been transferred to the Southern District of Illinois. With the consent of that court, all such actions have been assigned to the Honorable David R. Herndon.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Southern District of Illinois and assigned to Judge Herndon.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Southern District of Illinois for the reasons stated in the order of October 1, 2009, and, with the consent of that court, assigned to the Honorable David R. Herndon.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of Illinois. The transmittal of this order to said Clerk shall be stayed 14 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 14-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Luthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Aug 05, 2010

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SOUTHERN DISTRICT OF ILLINOIS
CERTIFIED TRUE COPY
By _____
Deputy Clerk
Date 08/05/10

IN RE: YASMIN AND YAZ (DROSPIRENONE)
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION                                MDL No. 2100

## SCHEDULE CTO-29 - TAG-ALONG ACTIONS

**DIST. DIV. C.A. #**           **CASE CAPTION**

CALIFORNIA NORTHERN
   CAN  3  10-2792        Lavada Moldenhauer v. McKesson Corp., et al.   10-20369-DRH-PMF
   CAN  3  10-2793        Janice Morgan v. McKesson Corp., et al.         10-20370-DRH-PMF
   CAN  3  10-2794        Melissa Merle v. McKesson Corp., et al.         10-20371-DRH-PMF
   CAN  3  10-2827        Letisha Hairston v. McKesson Corp., et al.      10-20372-DRH-PMF
   CAN  3  10-2829        Karen James v. McKesson Corp., et al.           10-20373-DRH-PMF
   CAN  3  10-2853        Sandra Molina v. McKesson Corp., et al.         10-20374-DRH-PMF

NEW JERSEY
   NJ   2  10-2946        Carolyn Tucker v. Bayer Corp., et al.           10-20375-DRH-PMF
   NJ   2  10-2947        Dina Callari, et al. v. Bayer Corp., et al.     10-20376-DRH-PMF
   NJ   2  10-2948        Katrina Butterfield v. Bayer Corp., et al.      10-20377-DRH-PMF
   NJ   2  10-2951        Carmela Williams, etc. v. Bayer Corp., et al.   10-20378-DRH-PMF

TENNESSEE EASTERN
   TNE  2  10-92          Melissa Mannery v. Bayer Healthcare Pharmaceuticals, Inc., et al.
                                                                                        10-20379-DRH-PMF